TOM TAYLOR V. THE STATE.

No. 9403. Delivered February 24, 1926.

**Possessing a Still—Evidence—Held, Sufficient.**

No bills of exception appear in this record, and on examination of the statement of facts discloses that the evidence was amply sufficient to suport the verdict, and the cause is affirmed.

Appeal from the District Court of Grayson County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction for possessing a still, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

BERRY, JUDGE.—The offense is unlawful possession of a still and the punishment is two years in the penitentiary.

There are no bills of exceptions contained in the record and a careful examination of the facts convinces us that they were amply sufficient to support the verdict. It is accordingly ordered that the judgment be in all things affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.